UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL A. NORMAN,

    Plaintiff,

v.                                                            Case No. 5:19cv4-TKW-MJF

JULIE L. JONES, et al.,

    Defendants.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 11). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that the amended complaint is due to be dismissed because it is an improper collateral attack on a disciplinary report and that it otherwise fails to state a claim upon which relief may be granted. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended complaint (Doc. 9) is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §1915A(b)(1).

3. The Clerk is directed to close this case.

**DONE and ORDERED** this 4th day of November, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**